## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW GOMBERG** : | |
| *on behalf of himself and* : | |
| *all others similarly situated,* : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-547** |
| : | |
| **OLD NELSON FOOD PA SIX, LLC** : | |

### O R D E R

This   28th   day of   March  , 2025, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Patricia Clark
     Civil Deputy to Judge McHugh

Copies EMAILED on   3/28/25   to:

cc:   All counsel of record